**Order entered September 7, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-00463-CV**

**IN RE G.B. AND L.B.**

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-51098-2011**

**ORDER**
Before Justices Schenck, Nowell, and Garcia

Based on the Court's opinion of this date, we **CONDITIONALLY GRANT** relator's petition for a writ of mandamus in part. The Court **ORDERS** the trial judge to issue a written order, within fifteen (15) days of the date of this opinion vacating the portion of its June 7, 2021 temporary orders appointing Grandmother possessory conservator with rights to possession of the Children.

The Court further **ORDERS** the trial judge to file with this Court, within thirty (30) days of the date of this Order, a certified copy of the order vacating the portion of its June 7, 2021 temporary orders appointing Grandmother possessory

conservator with rights to possession of the Children. The writ will issue only if the trial court fails to comply with this Order.

/s/    DENNISE GARCIA
        JUSTICE